UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

      VS.

CHARLES A. BELLINA JR.

      Defendant

ORDER

NO. 3:16-CR-555-01 (FLW)

      The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

      It is on this  6th   day of  January, 2017,

ORDERED that  Andrea Bergman, AFPD  from the Office of the Federal Public Defender for the District of New Jersey is  hereby appointed to represent said defendant in this cause until further order of the Court.

**FREDA L. WOLFSON**
**UNITED STATES DISTRICT JUDGE**

cc:  Federal Public Defender