UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson, U.S.D.J. |
| v. | : | Crim. No. 16-555-1 |
| CHARLES A. BELLINA, JR., | : | FINAL ORDER OF FORFEITURE |
| Defendant. | : | |

WHEREAS, on November 8, 2017, defendant, Charles A. Bellina, Jr.,
pled guilty to an Indictment charging him with knowingly possessing a firearm
and ammunition as a convicted felon, in violation of Title 18, United States
Code, Section 922(g)(1);

WHEREAS, pursuant to Title 18 United States Code, Section 924(d)(1),
and Title 28, United States Code, Section 2461(c), defendant Charles A. Bellina,
Jr. agreed in his plea agreement to forfeit all right, title and interest in one Kel-
Tec .380 caliber semi-automatic handgun, bearing serial number LCK53; and
thirteen rounds of .380 caliber ammunition (collectively the "Firearm and
ammunition");

WHEREAS, defendant Charles A. Bellina specifically acknowledges notice
of the criminal forfeiture, consents to the entry of a Final Order of Forfeiture,
and waives his right to be present and heard on the timing and form of this
order pursuant to Federal Rules of Criminal Procedure 32.2 and 43(a); and

WHEREAS, defendant Charles A. Bellina agrees not to contest the
forfeiture of the Firearm and ammunition;

WHEREAS, by virtue of the above, the United States is now entitled to possession of the Firearm and ammunition pursuant to Title 18 United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure;

WHEREAS, defendant Charles A. Bellina, waives and abandons all right, title, and interest in the Firearm and ammunition listed above and further waives, releases, and withdraws any claim that defendant may have made with respect to the Firearm and ammunition and waives and releases any claim that defendant might otherwise have made to the Firearm and ammunition in the future;

WHEREAS, Rule G(4)(a)(i)(A) provides that notice need not be published if the forfeited property is worth less than $1,000;

WHEREAS, the Firearm and ammunition is believed to have a value of less than $1,000;

WHEREAS, defendant Charles A. Bellina consents to the destruction of the Firearm and ammunition; and

WHEREAS, no other person, other than the defendant, has any right, title or interest in the Firearm and ammunition.

It is therefore hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.     A Final Order of Forfeiture is entered pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), and the property, specifically one Kel-Tec .380 caliber semi-automatic

handgun, bearing serial number LCK53; and thirteen rounds of .380 caliber ammunition (the "Firearm and ammunition"), is hereby forfeited to the United States of America, and no right, title or interest in such property shall exist in any other person.

2.     The federal agency in possession of the Firearm and ammunition in its discretion may destroy or cause the destruction of the Firearm and ammunition.

3.     This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

ORDERED this 8th day of November, 2017.

HONORABLE FREDA L. WOLFSON
United States District Judge

The undersigned hereby consent to
the entry and form of this Order:

WILLIAM E. FITZPATRICK
Acting United States Attorney

Dated:     11.8.17

By:  SAMMI MALEK
Assistant United States Attorney

Dated:     11.8.17

ANDREA BERGMAN, ESQ.
Attorney for Defendant Charles A. Bellina, Jr.

Dated:     11/8/17

CHARLES A. BELLINA, JR., Defendant